TINO X. DO (SBN 221346)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
tdo@sjlawcorp.com

Attorneys for Plaintiffs/Counter-Defendant,
Automotive Industries Pension Trust Fund et al.

John P. Boggs – Bar No. 172578
 JBoggs@EmployerLawyers.com
Felix Zhuk – Bar No. 345267
 FZhuk@EmployerLaywers.com
FINE, BOGGS & PERKINS LLP
111 W. Ocean Blvd., Suite 2400
Long Beach, CA 90802
(562) 366-0861 tel
(562) 490-8561 fax

Attorneys for Defendant/Counterclaimant,
Lehmer's, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>     Plaintiffs,<br>vs.<br><br>LEHMER'S, INC.,<br><br>     Defendant. | Case No.:   3:25-cv-04772-TSH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**<br><br>**(Fed. Rule Civ. Pro. 41(a)(1)(ii))**<br><br>Complaint Filed:   June 5, 2025 |
| LEHMER'S, INC.,<br><br>     Counterclaimant,<br>vs.<br><br>AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, et al.,<br><br>     Counter-Defendants. | |

- 1 -

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs and Counter-Defendants Automotive Industries Pension Trust Fund, et al., and Defendant and Counterclaimant Lehmer's, Inc., by and through their respective counsel of record, hereby stipulate and respectfully request that this action be dismissed without prejudice.

Dated: December 18, 2025         SALTZMAN & JOHNSON LAW CORPORATION

By: ___/S/ Tino X. Do_____
Tino X. Do
Attorneys for Plaintiffs and Counter-Defendants

Dated: December 18, 2025         FINE, BOGGS & PERKINS LLP

By: ___/S/ Felix Zhuk_____
John P. Boggs
Feliz Zhuk
Attorneys for Defendant and Counterclaimant

## ATTESTATION CERTIFICATE

In accord with the Northern District of California's Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

DATED: December 18, 2025

By: ___/S/ Tino X. Do_____

## [PROPOSED] ORDER

The Court, having considered the stipulation submitted herewith, hereby enters the following order: the entire action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: December 18, 2025

THOMAS S. HIXSON
United States Magistrate Judge